UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENDRY DANILO HUINIL VAIL, | Case No. 5:26-cv-01843-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.      The petition is granted;

2.      Respondents are enjoined from continuing to detain Petitioner unless no later than **May 1, 2026**, he is provided with an individualized bond hearing under 8 U.S.C. § 1226(a) at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public, and the immigration judge must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings; and

3.    The Clerk of Court is directed to close this case.

DATED: April 24, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

2